```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 15-03426-RNO
Michele Rene Kolb                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr         Page 1 of 1            Date Rcvd: Dec 13, 2016
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db         +Michele Rene Kolb,   203 Shepherd Street,   Jonestown, PA 17038-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        Joseph P Schalk   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
        Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, not in its individual
        capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        Tracy Lynn Updike   on behalf of Debtor Michele Rene Kolb tupdike@ssbc-law.com,
        ssollenberger@ssbc-law.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHELE RENE KOLB | : | CASE NO: 1-15-03426-RNO |
| | : | |
| Debtor | : | |

## ORDER APPROVING SETTLEMENT

The Motion to Approve Settlement having come this day before the Court and the Court having considered such Settlement, the difficulties involved in the Debtor obtaining a judgment against Erie Insurance ("Defendant") together with the time necessary to obtain such judgment if the matter were to proceed to trial, and the Court having further considered the amount to be paid by the Defendant in settlement, and the Court believing that such settlement is fair and proper; it is

**HEREBY ORDERED** that the settlement between the Debtor and the Defendant is approved upon payment of the sum of $13,500.00; and it is

**FURTHER ORDERED** that the terms of the settlement entered into by the Debtor and the Defendant as memorialized in the Release, attached to the Motion to Approve Settlement as Exhibit "A," are hereby approved.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: December 13, 2016