```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03426-RNO
Michele Rene Kolb                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 1     Date Rcvd: Jan 31, 2017
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db          +Michele Rene Kolb,    203 Shepherd Street,    Jonestown, PA 17038-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
         Joseph P Schalk    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
         Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Peter J Ashcroft    on behalf of Creditor    Ditech Financial, LLC pashcroft@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
          rive.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Tracy Lynn Updike    on behalf of Debtor Michele Rene Kolb tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MICHELE RENE KOLB**
      Debtor(s)

Chapter    **13**

Case Number:    **1:15-bk-03426-RNO**

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the **Applicant.**

Dated: January 31, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

MDPA-Order on Request for Redaction.WPT REV 06/16