```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 15-03426-HWV
Michele Rene Kolb                                                   Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1            User: LyndseyPr             Page 1 of 1             Date Rcvd: May 14, 2018
                                Form ID: pdf010             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Michele Rene Kolb,    203 Shepherd Street,    Jonestown, PA 17038-9430
               +Marian Garza, Bankruptcy Servicer,    Attn: Wollemi Acquisitions, LLC Dept.,
                 Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 19:15:50     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,   Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor   Ditech Financial, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Michele Rene Kolb tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHELE RENE KOLB | : | CASE NO: 1-15-03426-HWV |
| | : | |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion for Abatement of Chapter 13 Plan Payments (the "Motion"), together with any replies thereto, having come this day before the Court, and the Court having considered such motion and response thereto, it is

HEREBY ORDERED that the Motion is granted; it is

FURTHER ORDERED that the Debtor's Chapter 13 Plan Payments of $168.00 for the months of April 2018, May 2018, and June 2018, are abated; and it is

FURTHER ORDERED that the Debtor is permitted to pay the resulting arrears within the remaining months of her sixty (60) month plan as allowable under 11 U.S.C. §1322(d)(2).

Dated: May 14, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)