```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03426-HWV
Michele Rene Kolb                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 1     Date Rcvd: May 14, 2018
                       Form ID: pdf010     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          Phelan Hallinan Diamond & Jones,   LLP,   1617 JFK Boulevard, Suite 1400 Philadelp
                                                              TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
        Joseph P Schalk    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jschalk@barley.com, sromig@barley.com
        Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Peter J Ashcroft    on behalf of Creditor    Ditech Financial, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Recovery Management Systems Corporation    claims@recoverycorp.com
        Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        Tracy Lynn Updike    on behalf of Debtor 1 Michele Rene Kolb tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHELE RENE KOLB | : | CASE NO: 1-15-03426-HWV |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion for Abatement of Chapter 13 Plan Payments (the "Motion"), together with any replies thereto, having come this day before the Court, and the Court having considered such motion and response thereto, it is

HEREBY ORDERED that the Motion is granted; it is

FURTHER ORDERED that the Debtor's Chapter 13 Plan Payments of $168.00 for the months of April 2018, May 2018, and June 2018, are abated; and it is

FURTHER ORDERED that the Debtor is permitted to pay the resulting arrears within the remaining months of her sixty (60) month plan as allowable under 11 U.S.C. §1322(d)(2).

Dated: May 14, 2018         By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)