**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:                                                   **Case No.** 15-03426

                                                               **Claim No. :** 3

MICHELE RENE KOLB

     Debtor(s)

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP | Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

 

Date: 09/05/2018

/s/ Ashish Rawat

Creditor's Authorized Agent for Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP