# METTE, EVANS & WOODSIDE
ATTORNEYS AT LAW

TRACY L. UPDIKE, ESQUIRE                                              E-MAIL: tlupdike@mette.com

October 21, 2020

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

    Re:    **Michele Kolb**
            **Chapter 13 Case No. 1-15-03426-HWV**

Dear Clerk:

    Please make note of the change of address for the above-referenced Debtor.

| | |
|---|---|
| Old Address: | 203 Shepherd Street<br>Jonestown, PA 17038 |
| New Address: | 154 Spruce Court<br>Annville, PA 17003-9314 |

    Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                          Very truly yours,

                          METTE, EVANS & WOODSIDE

                          Tracy L. Updike

1615433v1

3401 North Front Street, P.O. Box 5950, Harrisburg, PA 17110-0950   Phone: (717) 232-5000   Fax: (717) 236-1816
www.mette.com