IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:            CHAPTER 13

MICHELE RENE KOLB            CASE NO: 1-15-03426-HWV

    Debtor

## ORDER

The Application of Mette, Evans & Woodside for allowance of compensation and expenses out of the estate of the Debtor this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is

**HEREBY ORDERED** that the Application of Mette, Evans & Woodside as attorneys for the Debtor for allowance of $1,050.00 for services and expenses for the period March 5, 2020 to July 12, 2021 is allowed, the amounts claimed being considered fair and reasonable.

**FURTHER ORDERED** that the Trustee should pay the fees requested in this Application to Mette, Evans & Woodside through a distribution from the Chapter 13 Plan. To the extent that this Application of Mette, Evans & Woodside would cause the Chapter 13 Plan to be underfunded, Mette, Evans & Woodside has agreed to waive any fees requested in this Application which would be in excess of the funds held by the Chapter 13 Trustee as part of Debtor's base plan, and therefore the Chapter 13 Trustee should distribute funds as available up to the allowed $1,050.00.

Dated: August 13, 2021          By the Court,

                                           Henry W. Van Eck, Chief Bankruptcy Judge (MS)