United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michele Rene Kolb

    Debtor

Case No. 15-03426-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Nov 14, 2022

User: AutoDocke

Form ID: 3180W

Page 1 of 4

Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michele Rene Kolb, 154 Spruce Court, Annville, PA 17003-9314 |
| 4681366 | + | American Dental, 1135 E. Chocolate Avenue, Suite 101, Hershey, PA 17033-1201 |
| 4681367 | + | American Dental Care, 4811 Jonestown Road, Suite 129, Harrisburg, PA 17109-1751 |
| 4681369 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 4681370 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 4681373 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 4700600 | + | Ditech Financial LLC, 7340 S. Kyrene Road, Recovery Dept. T-120, Tempe, AZ 85283-4573 |
| 4681377 | + | Ingram and Daugherty, 710 S. 12th Street, Lebanon, PA 17042-6901 |
| 4681381 | + | KPHOA, P.O. Box 160, Jonestown, PA 17038-0160 |
| 4681380 | + | Keystone Collections Group, P.O. Box 519, Irwin, PA 15642-0519 |
| 4705803 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met Ed, 331 Newman Spring Rd, Bldg 3, Red Bank, NJ 07701 |
| 4681383 | | Met Ed, P.O. Box 3687, Akron, OH 44309-3687 |
| 4681384 | + | National Recovery, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4681385 | + | Nationstar Mortgage, LLC, c/o Phelan Hallinan LLP, 1617 JFK Boulevard Suite 1400, Philadelphia, PA 19103-1814 |
| 4681386 | + | North Lebanon County Authority, P.O. Box 434, Jonestown, PA 17038-0434 |
| 4725706 | + | Office of UC Benefits Policy, Department of Labor and Industry, Office of Chief Counsel, Unemployment Compensation Division, 651 Boas Street, 10th Floor Harrisburg, PA 17121-0751 |
| 4681391 | + | RMS, 77 Hartland Street, East Hartford, CT 06108-3253 |
| 4819871 | | Rushmore Loan Management Services LLC, P.0.Box 514707, Los Angeles, CA 90051-4707 |
| 4819872 | | Rushmore Loan Management Services LLC, P.0.Box 514707, Los Angeles, CA 90051-4707, Rushmore Loan Management Services LLC, P.0.Box 514707 Los Angeles, CA 90051-4707 |
| 4681394 | #+ | Welsh Mountain Health Centers, 584 Springville Road, New Holland, PA 17557-9564 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkdepartment@rtresolutions.com | Nov 14 2022 19:10:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| cr | + | EDI: AISACG.COM | Nov 15 2022 00:13:00 | Wollemi Acquisitions, LLC by AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4711845 | | EDI: AIS.COM | Nov 15 2022 00:13:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4681368 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 14 2022 19:10:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 4706525 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass/EDI | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 14 2022 19:19:31 | CACH, LLC, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 4681372 | EDI: COMCASTCBLCENT | Nov 15 2022 00:13:00 | Comcast, P.O. Box 3005, Southeastern, PA 19398-3005 |
| 4681374 | + EDI: CONVERGENT.COM | Nov 15 2022 00:13:00 | Convergent Outsourcing, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 4681371 | EDI: DIRECTV.COM | Nov 15 2022 00:13:00 | CBE, Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 4681375 | EDI: DIRECTV.COM | Nov 15 2022 00:13:00 | Directv, P.O. Box 11732, Newark, NJ 07101-4732 |
| 4681379 | EDI: IRS.COM | Nov 15 2022 00:13:00 | IRS, Department of Treasury, Andover, MD 01810-9041 |
| 4681382 | + Email/Text: bknotices@mbandw.com | Nov 14 2022 19:10:00 | McCarthy, Burgess, and Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 4713888 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2022 19:10:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 4731217 | + EDI: AISACG.COM | Nov 15 2022 00:13:00 | NCEP, LLC, c/o Ascension Capital Group, PO Box 165028, Irving, TX 75016-5028 |
| 4681389 | EDI: PRA.COM | Nov 15 2022 00:13:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 4681388 | EDI: PRA.COM | Nov 15 2022 00:13:00 | Portfolio Recovery Associates, HSBC/BestBuy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 4734518 | EDI: PRA.COM | Nov 15 2022 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4681387 | EDI: PENNDEPTREV | Nov 15 2022 00:13:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4681387 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2022 19:10:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4751535 | Email/Text: bkdepartment@rtresolutions.com | Nov 14 2022 19:10:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 4685494 | EDI: RECOVERYCORP.COM | Nov 15 2022 00:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4692854 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2022 19:10:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 4681392 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2022 19:10:00 | Santander, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 4681393 | + EDI: VERIZONCOMB.COM | Nov 15 2022 00:13:00 | Verizon, P.O. Box 5029, Wallingford, CT 06492-7529 |
| 4845075 | + EDI: AISACG.COM | Nov 15 2022 00:13:00 | Wollemi Acquisitions, LLC, by AIS Data Services, LP as agent, P.O. Box 4138, Houston TX 77210-4138 |
| 4713670 | + EDI: AISACG.COM | Nov 15 2022 00:13:00 | Wollemi Acquisitions, LLC by AIS Data Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | Wollemi Acquisitions, LLC by AIS Data Services, LP |
| cr | *+ | NCEP, LLC, c/o Ascension Capital Group, PO Box 165028, Irving, TX 75016-5028 |
| 4681378 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4713663 | *P++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976, address filed with court:, Met Ed, 331 Newman Springs Rd, Bldg 3, Red Bank, NJ 07701 |
| 4951234 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 4751536 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 4950586 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 4950587 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 4713671 | *+ | Wollemi Acquisitions, LLC by AIS Data Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4681376 | ##+ | Green Tree Servicing, 345 Saint Peter Street, Saint Paul, MN 55102-1641 |
| 4681390 | ##+ | Powell, Rogers, Speaks, P.O. Box 930, Halifax, PA 17032-0930 |

TOTAL: 1 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Peter J Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas I Puleo | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Michele Rene Kolb tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| | | |
|---|---|---|
| Debtor 1 | Michele Rene Kolb | Social Security number or ITIN   xxx–xx–0203 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–03426–HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michele Rene Kolb

**By the court:**

11/14/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:15-bk-03426-HWV    Doc 128    Filed 11/16/22    Entered 11/17/22 00:28:33    Desc
Imaged Certificate of Notice    Page 7 of 7